UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RORY VAUGHN KEETON,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>            Defendant. | NO.  CV-09-3103-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

   Magistrate Judge Imbrogno filed a Report and Recommendation on April 26, 2010, recommending Defendant's Motion to Dismiss (Ct. Rec. 4) be denied.  (Ct. Rec. 15.)  Objections to the Report and Recommendation were due on May 10, 2010.  There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. Defendant's Motion to Dismiss (**Ct. Rec. 4**) is **DENIED**, and Defendant is directed to file and serve an Answer to Plaintiff's Complaint within 60 days of entry of this Order.  Thereafter, the parties shall confer and file a stipulated scheduling order.

///

///

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to counsel.

**DATED** this ____21st____ day of May 2010.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2