UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RORY VAUGHN KEETON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>        Defendant. | No. CV-09-3103-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on December 20, 2010, recommending the Court adopt the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF Nos. 28 & 29.) Objections were due on or before January 3, 2011. There being no objections filed, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED**:

1. The parties' stipulated Motion for Remand (ECF No. **28**) is **GRANTED**.

2. The case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and as set forth in the magistrate judge's Report and Recommendation.

3. Judgment shall be entered for Plaintiff.

4. An application for attorney fees may be filed by separate

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

motion.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this ___10th___ day of January 2011.

>            s/Edward F. Shea
>            EDWARD F. SHEA
>     United States District Judge

Q:\Civil\2009\3103.orderadoptingR&R.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2