UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RORY VAUGHN KEETON, )
)
        Plaintiff, )
) NO. CV-09-3103-CI
v. )
)
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, )   **CIVIL CASE**
)
        Defendant. )
_____)

**DECISION BY THE COURT:**

      This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

      The Report and Recommendation is **ADOPTED** in its entirety. The parties' stipulated Motion for Remand is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings.

      DATED: January 10, 2011

                                              JAMES R. LARSEN
                                              District Court Executive/Clerk

                                              s/ L. Stejskal
                                              Deputy Clerk